No. 1217. KEYS *v.* UNITED STATES. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied for the reason that the application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–666. *Mr. C. W. Prince* for petitioner. *Solicitor General Fahy* for the United States.

No. 1195. CITY OF SALAMANCA ET AL. *v.* UNITED STATES. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. Henry S. Manley* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Roger P. Marquis* for the United States.

No. 1218. ART METAL CONSTRUCTION CO., FOR ITS OWN USE AND FOR THE USE OF MCCLOSKEY & CO., INC. *v.* LEHIGH STRUCTURAL STEEL CO. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. Edward J. Mingey* for petitioner. *Mr. Charles H. Weidner* for respondent.

No. 1046. MUELLER *v.* MUELLER. See *ante,* p. 649.